HAYNE, Appellant, v. SEALY, Respondent. (Supreme Court, Appellate Division, Second Department. April 25, 1902.) Action by Henry J. Hayne against Thomas Sealy. No opinion. Motion to dismiss appeal denied.

HEANEY, Respondent, v. METROPOLITAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. May 9, 1902.) Action by Julia Heaney against the Metropolitan Street Railway Company. T. H. Lord, for appellant. S. F. Kneeland, for respondent. No opinion. Judgment and order affirmed, with costs.

In re HEATHERTON. (Supreme Court, Appellate Division, Second Department. May 29, 1902.) In the matter of the application of Carolyn Dancel Heatherton for a decree directing Christian Dancel and Mary Dancel, as administrators, etc., to distribute to her her distributive share in the estate of the said Christian Dancel. No opinion. Motion denied.

HEUEL et al., Appellants, v. MURRAY, Respondent, et al. (Supreme Court, Appellate Division, First Department. May 23, 1902.) Action by Emil Heuel and another, as executors, etc., against Henry Murray, impleaded, etc. S. C. Herriman, for appellants. L. E. Brown, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

In re HEYWOOD. (Supreme Court, Appellate Division, Second Department. May 29, 1902.) In the matter of the application of William C. Heywood for admission to the bar. No opinion. Application granted.

HODGE, Respondent, v. NEW YORK ELECTRIC VEHICLE TRANSP. CO., Appellant. (Supreme Court, Appellate Division, Second Department. May 1, 1902.) Action by William F. Hodge against the New York Electric Vehicle Transportation Company. No opinion. Judgment and order unanimously affirmed, with costs.

HODGE, Respondent, v. NEW YORK ELECTRIC VEHICLE TRANSP. CO., Appellant. (Supreme Court, Appellate Division, Second Department. May 29, 1902.) Action by William F. Hodge against the New York Electric Vehicle Transportation Company. No opinion. Motion denied.

HOLMES, Appellant, v. NORTHERN PAC. R. CO., Respondent. (Supreme Court, Appellate Division, First Department. April 11, 1902.) Action by Artemas H. Holmes against the Northern Pacific Railroad Company. A. H. Holmes, for appellant. F. D. Pollak, for respondent. No opinion. Judgment affirmed, with costs. on opinion of court below. 73 N. Y. Supp. 332.

HOWARD, Respondent, v. KRAUSI, Appellant. (Supreme Court, Appellate Division, Second Department. May 1, 1902.) Action by James Howard against William J. Krausi. No opinion. Judgment of the municipal court affirmed, with costs.

HUBBELL, Appellant, v. HENRICKSON, Respondent. (Supreme Court, Appellate Division, Fourth Department. May 20, 1902.) Action by Philo C. Hubbell against Nellie Henrickson, impleaded, etc.

PER CURIAM. Judgment affirmed, with costs.

McLENNAN, SPRING, and DAVY, JJ., concur. WILLIAMS and HISCOCK, JJ., dissent, upon the ground that the plaintiff is entitled to be protected as to the $1,000 received upon the mortgage.

HUGHES, Respondent, v. NEVILLE et al., Appellants. (Supreme Court, Appellate Division, Second Department. May 29, 1902.) Action by Mary Teresa Hughes against Bartholomew Neville and others. No opinion. Judgment affirmed, with costs.

HUMPHREY, Respondent, v. RICHARDS et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. May 13, 1902.) Action by Frederick J. Humphrey, as receiver, etc., against Milton H. Richards and others. No opinion. Judgment affirmed, with costs.

HUTCHINSON, Respondent, v. THIRD AVE. R. CO., Appellant. (Supreme Court, Appellate Division, First Department. April 25, 1902.) Action by David Hutchinson against the Third Avenue Railroad Company. J. T. Little, for appellant. F. Pierce, for respondent. No opinion. Judgment affirmed, with costs.

INGRAHAM et al., Appellants, v. NATIONAL SALT CO. et al., Respondents. (Supreme Court, Appellate Division, Second Department. May 1, 1902.) Action by George S. Ingraham and others against the National Salt Company and others.

PER CURIAM. Interlocutory judgment affirmed, with costs, on the opinion of Mr. Justice RUSSELL. 74 N. Y. Supp. 388.

INSURANCE PRESS v. MONTAUK FIRE DETECTING CO. (Supreme Court, Appellate Division, First Department. April 18, 1902.) Action by the Insurance Press against the Montauk Fire Detecting Company. No opinion. Motion denied.

IVISON v. IVISON et al. (Supreme Court, Appellate Division, First Department. April 11, 1902.) Action by Charles H. Ivison against Edward Ivison and others. No opinion. Motion denied. on payment of $10 costs, and, upon payment of an additional $10, leave given to apply to the court below to open default.